IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>JOHN ABREU,<br>Defendant. | CRIMINAL No. 25-93 (ADC) |

**SENTENCING MEMORANDUM**

TO THE HONORABLE COURT

    I don't think anyone can really get over losing a child. Certainly not your firstborn of 10 months. The most someone can do is learn to live with the pain such loss causes and refuge themselves in their memories. John lost his daughter prior to coming to Puerto Rico in 2019 and he has been living with that pain since. A pain that is part of a grieving process and a process that is different to each person in the way that is managed. For some like John, the coping mechanism has been to work. He had hopes and dreams for his daughter since he wanted to be a father that was present give her a better life that he had.

    John was raised in a steady home until he was ten years old. Although they lived a poor and humble life both his parents worked hard to provide for the family. John's mother worked in a factory and his father worked shoveling sand. Their family income was difficult to provide for all the needs but his parents tried their best to provide for their children. But the economic situation changed when his parents separated and got divorced.

John remembers getting food in the market with the promise of later payment by their mother when she received her working salary. His grandmothers took care of him while his mother worked sawing at a textile industrial place located win a free-trade zone. John's father formed another family when John was 16 years old and this placed his home in a more difficult situation because his father could not provide for them.

John left school when he was in 10th grade and started working to help with the economic situation. He was living with his grandmother and then started a relationship that lasted three years. From this relationship his daughter was born but sadly passed away when she was 10 months old. His daughter was taken to the hospital because she was very ill and did not survive.

Looking for better opportunities and to work hard full time, so he could deal with his loss and since work in the Dominican Republic was not enough, he embarked to Puerto Rico and was able to land a job in construction and as a handy man. John wanted to go to New York in search of better paying jobs. He was arrested, convicted and deported when he tried to obtain a document that would allow him to travel to New York.

John returned to the Dominican Republic and went to live with his paternal grandmother. He landed a few jobs in construction but thought of looking for a better opportunity and steady work he reentered in 2025. John landed jobs in construction and as a handy man and did not spend any free time in any other matter but work until his arrest at his home for being illegally present in the United States.

John plans to live with his mother and help her take care of his grandmother. Both have medical situations and need care. John is also planning to work at a brewery with his uncle to earn enough money to provide for his mother and grandmother's medical needs.

John has served almost seven months in prison and he would be detained further awaiting his deportation processes. Considering that he does qualify for a residential reentry program, a sentence of time served is sufficient and not greater than necessary.

**WHEREFORE**, it is respectfully requested that this Honorable Court take notice of the above and sentence Mr. Abreu to the time he has already served.

**I HEREBY CERTIFY** that on this date I electronically filed the present motion with the Clerk of Court using the CM/ECF system that will send electronic notification of said filing to all parties of record.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 4th day of September 2025.

**RACHEL BRILL**
**Federal Public Defender**
**District of Puerto Rico**

*S/Coral Rodríguez*
Carmen Coral Rodríguez-Morales
Assistant Federal Public Defender
USDC PR224808
241 F.D. Roosevelt Avenue
San Juan, PR   00918-2305
Phone No. (787) 281-4922
coral_codriguez@fd.org